■ EDWIN A. ELLIS et al., Respondents, v. MORRIS KAUFMAN, Appellant.— Motion to place appeal on calendar for argument at September 1960 Term of court denied.

■ CHILLEON E. GIBSON, Respondent, v. SHANKS CONSTRUCTION CO., INC., Appellant.— Records and appellant's brief having been filed, motion to dismiss appeal denied as moot.

■ WILLIAM M. MILLER, Appellant, v. RICHARD B. MAPES, Respondent. (And 2 Other Actions.) — Motion granted to extent that time within which to prosecute appeal extended to October 1960 Term upon condition that appellant's brief is filed and served on or before September 29, 1960. Respondent's brief must be filed and served on or before October 6, 1960 if appeal is to be argued at October 1960 Term.

■ CLIFFORD MINER, Appellant, v. GEORGE SHERMAN, Respondent.— Motion granted and appeal dismissed, with $10 motion costs.

■ JOHN MOLINARI, Respondent, v. GARDEN PARTY HOUSE, INC., Appellant, et al., Defendant.— Motion granted and order of July 1 amended to permit filing and service of records and briefs by September 29, 1960. Respondent's brief must be filed and served on or before October 6, 1960 if appeal is to be argued at October 1960 Term of court.

■ YOLANDA I. PIETROSANTO, Appellant, v. PAUL AMICO, Respondent.— Motion granted and appeal dismissed, with $10 motion costs.

■ In the Matter of DOROTHY RIZZO, Respondent, v. NEWTON P. RIZZO, Appellant.— Motion granted and time for filing and serving records and brief on appeal extended to August 23, 1960. Order of substitution of attorneys entered.

■ AGNES SCHLOOP, Appellant, v. STATE OF NEW YORK, Respondent.— Motion granted and appeal dismissed, without costs.

■ In the Matter of JOSEPH J. TALERICO, Petitioner, v. NEW YORK STATE LIQUOR AUTHORITY, Respondent.— Motion for a stay denied. Oral application by appellant for permission to serve and file typewritten brief denied.

■ RICHARD A. NORRIS, Appellant, v. DEPEW PAVING CO., INC., et al., Respondents, and CONTINENTAL CASUALTY CO., Appellant, et al., Defendants.— Motion denied. Memorandum: There appears to be no reason for deviating from the provisions of rule 5-a. The exhibits need not be included either in the typewritten record or in the printed appendix, in view of the stipulation of the parties, but may be handed up to the court. The so-called record on appeal, which has heretofore been printed, containing the pleadings, the decision of the court and the judgment, may be filed and may be deemed to be a part of the appendix to the appellant's brief.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. URAN MINING CORP. et al., Appellants.— Motion granted to prosecute appeals of all defendants on one typewritten record and five copies of typewritten brief; order of July 1, 1960 amended to provide that record and appellants' briefs be filed on or before September 29, 1960. Respondent's brief must be filed and served on or before October 6, 1960 if case is to be argued at October 1960 Term.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JAMES GORE, Appellant.— Motion granted and time for argument of appeal enlarged to include October 1960 Term of court, on condition that appellant's typewritten brief is filed and served on or before September 29, 1960. Respondent is directed to file and serve brief on or before October 6, 1960.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GEORGE HUNT, Appellant.— By consent of counsel, motion granted and time for argument of appeal enlarged to include October 1960 Term of court. Respondent is directed to file and serve brief on or before October 6, 1960 and case set down for argument at October 1960 Term of court.